Bernadette Guinn

2 Via Vita Bella

Henderson, Nevada

89011



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 1 ?

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**BERNADETTE GUINN**

Plaintiff,

Case No 2:15-cv-00344-APG-GWF

MOTION FOR MORE TIME TO FILE

v

AMENDED COMPLAINT

**YELLOW CHECKER STAR, INC.,**

Defendant.

I, Bernadette Guinn, the plaintiff in this case, respectfully request to be given additional time to file the amended complaint ordered by the Court. I ask for this because I am trying very earnestly to do the legal research on all the issues I've submitted in my complaint. I would like to be as thorough as possible at this time because I have been given a number of chances to properly file pro se and want to understand my position with total clarity in order to better present my grievances to the court.

Please allow me an additional 20 days to submit my amended complaint. By that time, I believe I will have a better grasp of the issues and how to present them clearly to the Court. I wish to thank the Court for the courtesy extended to me while filing this complaint.

Respectfully,

Bernadette Guinn, Pro Se Plaintiff

November 13, 2015

ORDER GRANTING MOTION FOR MORE TIME

Plaintiff's motion is granted. The new filing deadline will be December 7, 2015.

George Foley Jr.

_____

MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT

DATED:  November 16, 2015