# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

BERNADETTE GUINN,

Plaintiff,

v.

YELLOW CHECKER STAR, INC.,

Defendant.

Case No. 2:15-cv-00344-APG-GWF

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS AND GRANTING MOTION TO VACATE EARLY NEUTRAL EVALUATION**

(ECF Nos. 18, 24)

Plaintiff Bernadette Guinn initiated this action in February 2015 but did not serve Defendant Yellow Checker Star until May 2, 2017. Yellow Checker moved to dismiss based on untimely service of process. Guinn did not respond. In the meantime, Magistrate Judge Hoffman scheduled an early neutral evaluation. ECF No. 21. Yellow Checker moves to vacate the early neutral evaluation and to grant the unopposed motion to dismiss.

I grant Yellow Checker's motion to dismiss as unopposed. *See* LR 7-2(d). Moreover, the motion is meritorious because despite ample time to serve Yellow Checker, Guinn did not do so. She has not shown good cause to extend the service deadline. I therefore grant the motion to dismiss and vacate the early neutral evaluation.

IT IS THEREFORE ORDERED that defendant Yellow Checker Star, Inc.'s motion to dismiss **(ECF No. 18) is GRANTED**. The amended complaint is dismissed without prejudice for failure to timely effect service of process. The clerk of court is directed to close this case.

IT IS FURTHER ORDERED that defendant Yellow Checker Star, Inc.'s motion to vacate the early neutral evaluation **(ECF No. 24) is GRANTED**. **The early neutral evaluation scheduled for June 20, 2017 before Magistrate Judge Hoffman is VACATED**.

DATED this 14th day of June, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE